# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00740-CV

**Appellants, Roy Ribelin and Otra Intereses LLC// Cross-Appellant, Miguelina Solorzano**

**v.**

**Appellee, Miguelina Solorzano// Cross-Appellees, Roy Ribelin and Otra Intereses LLC**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-004953, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case for rendition of a new judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The parties also jointly request that this Court should issue its mandate along with this Court's judgment so the parties can promptly consummate the settlement. *See id.* R. 18.1(c) ("The mandate may be issued earlier if the parties so agree, or for good cause on the motion of a party.").

We grant the motion and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* R. 42.1(a)(2)(B). The Court's mandate will issue with the judgment. *See id.* R. 18.1(c).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Vacated and Remanded

Filed:   September 6, 2024